# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

127697

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

GREGORY M. BOLDEN,
    Defendant-Appellant.

SC: 127697
COA: 249501
Macomb CC: 03-000288-FC

_____/

    On order of the Court, the application for leave to appeal the November 23, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

p1121